AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

**FILED**

JUN 20 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No. 24-40032- JPG |
| | ) |
| | ) |
| Steven Cook, | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6 -20-24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

John Stobbs
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

J. Phil Gilbert, US District Judge
_____
*Judge's printed name and title*